# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LEROY E. BRANDT,<br><br>        Plaintiff,<br><br>v.<br><br>COMTRUST, INC., a Florida corporation,<br><br>        Defendant. | CASE NO: CV 06-166-S-EJL<br><br>**ORDER GRANTING**<br>**ENLARGEMENT OF TIME** |

This Court, having considered the record in this matter and Defendant's Motion for Enlargement of Time, and good cause having been found;

**IT IS HEREBY ORDERED THAT** Defendant's Motion for Enlargement of Time (docket no. 6) is **GRANTED**;

Defendant shall have until and including the 15th day of June to file their Answer or other responsive pleading or paper.

DATED:  **June 2, 2006**

Honorable Edward J. Lodge
U. S. District Judge

1.   ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

2.   ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME